JUDGE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR12-240RSL |
| ) | |
| v. ) | **ORDER CONTINUING TRIAL** |
| ) | **DATE AND EXTENDING MOTIONS** |
| GLEN JAMES KLAGES, ) | **FILING DEADLINE** |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER having come before the Court on the Stipulation of the parties to continue the trial date and extend the motions filing deadline and the defendant's voluntary waiver, and good cause appearing therefore, the Court hereby adopts the facts justifying a continuance as set forth in the record and in the Stipulation to Continue, and makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting the motion and continuing the trial date outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(I).

3. The defendant needs additional time to explore all relevant issues and defenses

applicable to the case.  Given this, it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act and as currently set for this case.  18 U.S.C. §3161(h)(7)(B)(ii).

4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant reasonable time for effective preparation of his defense.  18 U.S.C. §3161(h)(7)(B)(iv).

NOW THEREFORE, IT IS HEREBY ORDERED that the trial date in this matter is continued from June 16, 2014, to July 28, 2014.  The resulting period of delay from June 16, 2014, up to and including the new trial date, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that pretrial motions are due no later than June 23, 2014.

DONE this 6th day of June, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge